AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
08/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

FILED
Aug 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

LUIS ALFONSO GARCIA-MENDOZA,
Defendant.

Case No. 8:21-mj-00560-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 15, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Attempted Illegal Reentry into in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Special Agent DHS/HSI, Martina Doino
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 16, 2021

**DOUGLAS F. McCORMICK**
Judge's signature

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
Printed name and title

AUSA M. Rabbani   (714) 338-3499

**AFFIDAVIT**

I, Martina Doino, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so employed since December 2019.  I am currently assigned to the HSI Office of the Special Agent in Charge at the Los Angeles International Airport.  I attended the HSI Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC"), in Glynco, Georgia.  At FLETC, I received training in conducting criminal investigations into narcotics smuggling, interdiction, and distribution of controlled substances.

2. I am currently assigned to the Los Angeles Border Enforcement Security Taskforce ("LA BEST") in Los Angeles, California, and have been so assigned since August 2021.  LA BEST is a multi-agency task force aimed at identifying, targeting, and eliminating vulnerabilities to the security of the United States related to the Los Angeles/Long Beach seaport complex, as well as the surrounding transportation and maritime corridors.  My responsibilities include the investigation of violations of federal criminal laws, including crimes involving money

laundering, narcotics trafficking, smuggling, fraud, and immigration violations.

3. Prior to my tenure as an SA, I was a police officer in Key Biscayne, Florida from February 2015 to May 2019.  From July 2018 to May 2019, I was a Task Force Officer ("TFO") on a High Intensity Drug Trafficking Area Task Force, where I participated in investigations into money laundering and drug trafficking crimes in South Florida.  Throughout my law enforcement career, I have participated in numerous criminal investigations involving narcotics importation or distribution.  Through these investigations, I am familiar with the methods and practices of drug users, drug traffickers, and drug manufacturers.  I have also spoken at length with other HSI SAs and local law enforcement officers regarding methods of drug trafficking.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint against Luis Alfonso GARCIA-MENDOZA for a violation of Title 8, United States Code, Section 1326(a), Attempted Illegal Reentry into in the United States Following Deportation or Removal.

5. Because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint, I have not attempted to include each and every fact that may be known to me and other law enforcement personnel concerning this

investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the requested criminal complaint. Where statements of others are set forth in this affidavit, they are set forth in substance and in part, unless otherwise indicated. The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, reports and database queries, and, where noted, my personal knowledge and training and experience.

### III. STATEMENT OF PROBABLE CAUSE

4. Based on my conversations with law enforcement officers, review of reports of investigation, and my own knowledge of this investigation, I know the following:

   a. On or about August 15, 2021, at approximately 2:40 p.m., the crew of Air & Marine Operations ("AMO") Long Beach Marine Unit Coastal Interceptor Vessel M-840 interdicted a dual-engine 26' Proline recreational vessel as it was transiting outbound from Newport Harbor in Newport Beach, California. Aboard the vessel were two migrants without documentation to be legally present in the United States.

   b. Investigation revealed that the vessel had just completed a migrant off-load of approximately six to eight subjects at an unknown location within Newport Harbor. Marine Interdiction Agents took the two migrants into custody and

    transported the vessel to the Orange County Sheriff's Department dock.  Office of Field Operations (OFO) officers transported the two migrants to U.S. Border Patrol San Clemente Station for processing.  AMO processed and seized the vessel for violation of 8 U.S.C. § 1324, and the migrants were taken to the San Clemente Border Patrol Station for processing.

c. On or about August 12, 2021, Special Agent Martina Doino and Special Agent Landon Grace interviewed one of the migrants, later identified as Luis Alfonso GARCIA-MENDOZA. GARCIA-MENDOZA was Mirandized and notified of his consular rights in Spanish, and he agreed to speak with law enforcement.

d. GARCIA-MENDOZA stated that he was born in Culiacan, Mexico, and is a fisherman.  GARCIA-MENDOZA stated that he had been previously deported from the United States after serving a prison sentence for narcotics smuggling. GARCIA-MENDOZA admitted that he knew it was illegal to reenter the United States after being deported, but claimed that he did not intentionally return on August 15, 2021.  GARCIA-MENDOZA stated that he had boarded the vessel in Ensenada, Mexico, on or about Friday, August 13, 2021, at approximately 7:00 a.m., and got lost before ending up in California. When

asked for more details about his trip, GARCIA-MENDOZA gave conflicting answers that did not make sense.

e. In particular, GARCIA-MENDOZA first stated that the original purpose of his trip was to go fishing. When asked to elaborate on the circumstances surrounding his fishing trip, GARCIA-MENDOZA changed his story and stated he was trying out the motors of the vessel because he was interested in purchasing one of them. GARCIA-MENDOZA could not provide SA Doino with any information relating to the owner of the vessel.

f. SA Doino asked GARCIA-MENDOZA about how he knew the other migrant on the vessel, who was a minor, and GARCIA-MENDOZA's answers were evasive. GARCIA-MENDOZA stated that "Carlos" was a friend of his.  When questioned about his friendship with "Carlos," GARCIA-MENDOZA stated that they had met in Tijuana via acquaintances.

g. GARCIA-MENDOZA admitted that he had been driving the vessel.  GARCIA-MENDOZA denied having other undocumented individuals aboard the vessel.

h. DHS record checks revealed that GARCIA-MENDOZA had been previously arrested and convicted on May 19, 2014, for distribution or possession of a controlled substance on vessels. GARCIA-MENDOZA was sentenced to 60 months in prison for that conviction.

i. On or about May 10, 2018, GARCIA-MENDOZA was served a Form I-860, Notice of Expedited Removal Order, and on May 11, 2018, GARCIA-MENDOZA was removed to Mexico at the San Ysidro Port of Entry.

## IV. CONCLUSION

5. For the reasons described above, there is probable cause to believe that Luis Alfonso GARCIA-MENDOZA has committed a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), Attempted Illegal Reentry Into the United States Following Deportation or Removal.

/s/
MARINA DOINO, Special Agent
Department of Homeland Security

Attested to by the applicant in
accordance with the requirements
of Federal Rule of Criminal
Procedure 4.1 by telephone on this
16th day of August, 2021.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE